IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DONNA JONES, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:10-cv-202-MEF |
| v. | ) | |
| | ) | |
| FRED HAMIC, *et al.*, | ) | (WO) |
| | ) | |
| Defendants. | ) | |

### **ORDER**

This cause is before the Court on the Defendants' Motions to Strike portions of the Plaintiff's Amended Complaint. (Docs. # 67, 69). The Motions were filed because Plaintiff included the word "substantive" in both the caption of Claim IV and paragraph 73 of the Amended Complaint. (Doc. # 65). This Court's Memorandum Opinion and Order dated March 30, 2011 (Doc. # 44) dismissed with prejudice the Plaintiff's substantive due process claims.

Accordingly, it is hereby ORDERED that:

1. The Defendants' Motions to Strike (Docs. # 67, 69) are GRANTED.

2. The Plaintiff's Amended Complaint (Doc. # 65) is STRICKEN from the record.

3. The Plaintiff shall file a Second Amended Complaint on or before **June 14th, 2011**. The Second Amended Complaint shall not contain any

     references to a substantive due process claim.

Done this the 9th day of June, 2011.

                                                  /s/ Mark E. Fuller
                                        UNITED STATES DISTRICT JUDGE